## N THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

KIMBERLY BARRY, individually and for
others similarly situated,

    Plaintiff,

  v.

TEXTRON AVIATION, INC.,

    Defendant.

Case No. 6:25-CV-01271-EFM-JBW

### DEFENDANT'S CERTIFICATE OF SERVICE OF PRODUCTION OF PAY AND TIME DATA FOR RANDOMIZED SAMPLE OF PROPOSED FLSA COLLECTIVE AND KANSAS CLASS

Defendant Textron Aviation, Inc. ("Textron" or "Defendant"), by and through its attorneys, hereby notifies the Court that on May 29, 2026 it served a randomized sample of pay and time data representing 10% of the proposed FLSA collective and Kansas class to counsel for Plaintiff Kimberly Barry ("Plaintiff") in accordance with the Court's April 27, 2026 Scheduling Order via email and secure link as follows:

> Michael F. Brady
> brady@bradylaw.com
> Brady & Associates
> 2118 W. 120th Street
> Leawood, KS 66209
>
> Michael A. Josephson
> mjosephson@mybackwages.com
> Andrew W. Dunlap
> adunlap@mybackwages.com
> Alyssa White
> awhite@mybackwages.com
> Josephson Dunlap, LLP
> 5847 San Felipe St., Suite 2400
> Houston, TX 77057

Richard J. (Rex) Burch
rburch@brucknerburch.com
Bruckner Burch, PLLC
11 Greenway Plaza, Suite 3205
Houston, Texas 77046

Dated: May 29, 2026

Respectfully submitted,

TEXTRON AVIATION, INC.

By: */s/ Kimberly A. Jones*

Kimberly A. Jones, KS Bar No. 16684
kim@sbhlaw.com
Seyferth Blumenthal & Harris, LLC
4801 Main Street, Suite 301
Kansas City, MO 64112
Telephone: (816) 756-0700
Facsimile: (816) 756-3700

Alison H. Silveira
*Pro hac vice*
asilveira@seyfarth.com
Jeanette M. Piaget
*Pro hac vice*
jpiaget@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts  02210-2028
Telephone:  (617) 946-4800
Facsimile:  (617) 946-4801

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically via registered participants as identified on the Notice of Electronic Filing and papers copies will be sent to those indicated as non-registered participants.

*/s/ Kimberly A. Jones*
Kimberly A. Jones