**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| KIMBERLY BARRY, Individually and for Others Similarly Situated | **Case No. 6:25-cv-01271-EFM-JBW** |
| v. | Jury Trial Demanded |
| TEXTRON AVIATION INC. | FLSA Collective Action<br>Rule 23 Class Action |

**NOTICE OF FILING NOTICE OF CONSENT**

Plaintiff hereby submits the attached notice(s) of consent:

1. Beyreuther, Dawn

Dated: June 9, 2026                    Respectfully submitted,

**BRADY & ASSOCIATES**

By: /s/ *Michael F. Brady*
KSD Bar No. 18630
2118 W. 120th Street
Leawood, Kansas 66209
Phone:  (913) 696-0925
Fax:      (913) 696-0468
brady@mbradylaw.com

Michael A. Josephson
TX Bar No. 24014780
Alyssa J. White
TX Bar No. 24073014
**JOSEPHSON DUNLAP LLP**
5847 San Felipe St., Suite 2400
Houston, Texas 77057
Phone: (713) 352-1100
Fax:      (713) 352-3300
mjosephson@mybackwages.com
awhite@mybackwages.com

Richard J. (Rex) Burch
TX Bar No. 24001807
David I. Moulton*
TX Bar No. 24051093
**BRUCKNER BURCH PLLC**
5847 San Felipe Street, Suite 2400
Houston, Texas 77057
(713) 877-8788 – Telephone
(713) 877-8065 – Facsimile
rburch@brucknerburch.com
dmoulton@brucknerburch.com

*Pro hac vice application forthcoming*

**ATTORNEYS FOR BARRY &
THE HOURLY EMPLOYEES**

## CERTIFICATE OF SERVICE

On June 9, 2026, I served a copy of this document on all registered parties and/or their counsel of record, via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

*/s/ Michael F. Brady*
**Michael F. Brady**