## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KIMBERLY BARRY, et al.** | ) |
| | ) |
| **Plaintiff(s),** | ) |
| | ) **CASE NO.   6:25-cv-01271-JWL-TJJ** |
| | ) |
| **v.** | ) |
| | ) |
| **TEXTRON AVIATION, INC.** | ) |
| | ) |
| **Defendant(s).** | ) |

## <u>MOTION FOR LEAVE TO APPEAR PRO HAC VICE</u>

Pursuant to D. Kan. Rule 83.5.4., I move that David I. Moulton be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion.   I have verified that the information contained in the affidavit is true and accurate.

Dated this 17th day of June, 2026.

**By: /s/ Michael F. Brady**

_____
KSD Bar No. 18630
2118 W. I 20th Street
Leawood, Kansas 66209
(913) 696-0925
(913) 696-0468-Fax
brady@mbradylaw.com

## CERTIFICATE OF SERVICE

On June 17, 2026, I served a copy of this document on all registered parties and/or their counsel of record, via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

**/s/ Michael F. Brady**

_____
Michael F. Brady

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **KIMBERLY BARRY, et al.** | ) |
| | ) |
| **Plaintiff(s),** | ) |
| | ) **CASE NO.   6:25-cv-01271-JWL-TJJ** |
| | ) |
| **v.** | ) |
| | ) |
| **TEXTRON AVIATION, INC.** | ) |
| | ) |
| **Defendant(s).** | ) |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: David I. Moulton

2. I practice under the following firm name or letterhead:

   Name: Bruckner Burch PLLC

   Address: 5847 San Felipe, Ste. 2400

   Houston, Texas 77057

   Telephone Number: (713) 877-8788

   Fax: (713) 877-8065

   Email address: dmoulton@brucknerburch.com

3.    I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

Court                           Date of Admission                    Bar Number

Please see attached Exhibit A.

4.    I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5.    I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6.    I am in good standing in all bars of which I am a member.

7.    No disciplinary or grievance proceedings have been previously filed against me.

8.    No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9.    I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10.   I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

By: _____
David I. Moulton

Sworn to and Subscribed before me this 17th day of June, 2026

_____
Notary Public

SONIA GALICIA
Notary Public, State of Texas
Comm. Expires 10-28-2026
Notary ID 134039734