# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

KIMBERLY BARRY, individually and for
others similarly situated,

        Plaintiff,

    v.

TEXTRON AVIATION, INC.,

        Defendant.

Case No. 6:25-CV-01271-EFM-TJJ

## DEFENDANT'S CERTIFICATE OF SERVICE OF REQUESTS FOR PRODUCTION AND INTERROGATORIES ON PLAINTIFFS

Defendant Textron Aviation, Inc. ("Textron" or "Defendant"), by and through its attorneys, hereby notifies the Court that on June 30, 2026 it served Requests for Production and Interrogatories on Plaintiff Kimberly Barry ("Plaintiff") and opt-in plaintiffs Michael Rowley, James Mooneyham, Windy T. Morrow, Corey Goodwin, Michael Lynx, and Dawn Beyreuther via email as follows:

Michael F. Brady
brady@bradylaw.com
Brady & Associates
2118 W. 120th Street
Leawood, KS 66209

Michael A. Josephson
mjosephson@mybackwages.com
Andrew W. Dunlap
adunlap@mybackwages.com
Alyssa White
awhite@mybackwages.com
Josephson Dunlap, LLP
5847 San Felipe St., Suite 2400
Houston, TX 77057

Richard J. (Rex) Burch
rburch@brucknerburch.com

Dave Moulton
dmoulton@brucknerburch.com
Bruckner Burch, PLLC
11 Greenway Plaza, Suite 3205
Houston, Texas 77046

Dated: June 30, 2026

Respectfully submitted,

TEXTRON AVIATION, INC.

By: _____

    Kimberly Jones, KS Bar No. 16684
    kim@sbhlaw.com
    Seyferth Blumenthal & Harris, LLC
    4801 Main Street, Suite 301
    Kansas City, MO 64112
    Telephone: (816) 756-0700
    Facsimile: (816) 756-3700

    Alison H. Silveira
    *Pro hac vice*
    asilveira@seyfarth.com
    Jeanette M. Piaget
    *Pro hac vice*
    jpiaget@seyfarth.com
    SEYFARTH SHAW LLP
    Seaport East
    Two Seaport Lane, Suite 1200
    Boston, Massachusetts  02210-2028
    Telephone:  (617) 946-4800
    Facsimile:  (617) 946-4801

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically via registered participants as identified on the Notice of Electronic Filing and papers copies will be sent to those indicated as non-registered participants.

*/s/*                                        
Kimberly Jones