**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

KIMBERLY BARRY, individually and for
others similarly situated,

          Plaintiff,

    v.

TEXTRON AVIATION, INC.,

          Defendant.

Case No. 6:25-CV-01271-AWM-JBW

**JOINTLY FILED MEDIATION NOTICE TO THE COURT AND MOTION FOR**
**EXTENSION OF TIME TO COMPLETE PHASE I OF THE SCHEDULING ORDER**

In accordance with the Court's April 27, 2026 Scheduling Order (Dkt. 37, the "Order"), the parties hereby submit the following Joint Mediation Notice and Motion for Extension of Time to Complete Phase I of the Scheduling Order.

1. Immediately following this Court's April 27, 2026 scheduling conference, the parties explored potential mediators and, after conferral, engaged a well-respected wage and hour mediator, Dennis Clifford, to mediate this matter. That mediation was scheduled to occur in person in Houston, TX on July 8, 2026.

2. As required by the Order, on May 29, 2026, Textron produced pay and time data for a 10% randomized sample of the proposed FLSA Collective and Kansas Class. The parties analyzed the data and exchanged good faith settlement proposals on June 12 (Plaintiff) and June 26 (Defendant). *See* Order, at 3.

3. On July 2, 2026, the parties conferred regarding their respective settlement positions, including their respective damage analysis. During this call, Plaintiff's counsel requested additional information to assist with their analysis of the sample data and Defendant's

1

pay practices throughout the relevant period. Defendant has agreed to provide that information, and will do so on or before July 10, 2026.

4.      At this time, the parties believe that mediation would be premature. Both parties agree that mediation could be a fruitful exercise, but their current potential exposure models are wildly different. The additional information that the parties have agreed to exchange should help inform and, hopefully, narrow the current gap in exposures. However, Plaintiff requires additional time to review and incorporate that information, and the parties likely need additional time to confer to engage in a productive mediation.

5.      The parties have contacted the mediator to explore alternative dates for a rescheduled mediation. While the parties will jointly request to be placed on his waitlist should additional dates become available, the earliest they can currently book a mediation with Mr. Clifford is September 21, 2026 (and he has significantly more dates available in October 2026).

6.      Given the foregoing, the parties respectfully request that the current deadline to complete mediation (July 31, 2026) be extended 90 days, and that all remaining deadlines be similarly extended (including some proposed adjustments around the class/collective certification briefing deadlines to account for intervening holidays). Extending the scheduling order by 90 days will permit the parties to continue to engage in and devote their efforts to the discussions necessary to inform a hopefully productive mediation. As a result, the parties propose the following revised scheduling order:

| Barry v. Textron Aviation, Inc. Case No. 6:25-cv-01271-AWM-JBW PHASE I SCHEDULING ORDER | |
| --- | --- |
| Event | Deadline/Setting |
| Mediation deadline | **October 29, 2026** |
| All Phase I discovery complete | **November 5, 2026** |

| | |
|---|---|
| ADR Report filed by Defendant | **November 12, 2026 or** <br><br> **14 days after mediation held** |
| Supplementation of initial disclosures | **40 days before the deadline to complete all discovery** |
| Motion for conditional and/or class certification | **December 17, 2026** |
| Response in opposition to motion | **January 14, 2027** |
| Reply in support of motion | **January 28, 2027** |
| Email Magistrate Judge's chambers updated report proposing new deadlines for Phase II | **Within 30 days of the Court's ruling on the motion for conditional and/or class certification** |

7.      This is the parties' first request for an extension to the Scheduling Order. The requested extension will not prejudice any party and will allow the parties sufficient time to exchange information needed to attend mediation in good faith and to complete outstanding Phase I discovery and motion practice.

8.      The requested extension is made in good faith not for purposes of delay.

Wherefore, the parties respectfully request that the Court grant their Motion for Extension of Time to Complete Phase I of the Scheduling Order, as set forth above.

Dated: July 9, 2026
KIMBERLY BARRY

Respectfully submitted,
TEXTRON AVIATION, INC.

By: */s/ Richard J. Burch*
    Michael F. Brady
    brady@bradylaw.com
    Brady & Associates
    2118 W. 120th Street
    Leawood, KS 66209

    Richard J. (Rex) Burch
    rburch@brucknerburch.com
    Dave Moulton
    dmoulton@brucknerburch.com
    Bruckner Burch, PLLC
    11 Greenway Plaza, Suite 3205
    Houston, Texas 77046

    Michael A. Josephson
    mjosephson@mybackwages.com
    Andrew W. Dunlap
    adunlap@mybackwages.com
    Alyssa White
    awhite@mybackwages.com
    Josephson Dunlap, LLP
    5847 San Felipe St., Suite 2400
    Houston, TX 77057

By: /s/ *Kimberly A. Jones*
    Kimberly A. Jones, KS Bar No. 16684
    kim@sbhlaw.com
    Seyferth Blumenthal & Harris, LLC
    4801 Main Street, Suite 301
    Kansas City, MO 64112
    Telephone: (816) 756-0700
    Facsimile: (816) 756-3700

    Alison H. Silveira
    *Pro hac vice*
    asilveira@seyfarth.com
    Jeanette M. Piaget
    *Pro hac vice*
    jpiaget@seyfarth.com
    SEYFARTH SHAW LLP
    Seaport East
    Two Seaport Lane, Suite 1200
    Boston, Massachusetts  02210-2028
    Telephone:  (617) 946-4800
    Facsimile:  (617) 946-4801

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on July 9, 2026. A true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically via registered participants as identified on the Notice of Electronic Filing and papers copies will be sent to those indicated as non-registered participants.

                /s/ *Kimberly A. Jones*
                Kimberly A. Jones